UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

        USA,

        - against -

KAREEM FORD,

        Defendant(s).

--------------------------------------------------------x

**RESCHEDULING ORDER**

23 CR 477-01 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

In light of the Court's scheduling conflict, the in-person VOSR Conference scheduled for June 11, 2025, is hereby

**ORDERED rescheduled, without objection by the parties, to June 12, 2025 at 2:15 pm.**

Dated:    White Plains, New York
            June 5, 2025

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/05/2025